UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND_____ DIVISION

JOSEPH C. SPIVEY _____

vs.                                                    Civil/Criminal Action No. 3:18-CV-00781-MHL

AETNA LIFE INSURANCE COMPANY _____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

　　　　Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
AETNA LIFE INSURANCE COMPANY ("Aetna Life")
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
Aetna Life is 100% owned by Aetna, Inc.  Aetna Inc. is 100% owned by CVS Pharmacy, Inc.  CVS Pharmacy, Inc. is 100% owned
by CVS Health Corporation, which has issued shares to the public and is the ultimate parent company of Aetna Life.

Or

　　　　Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

　　　　Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

April 2, 2019 _____               /s/ Jason C. Hicks _____
Date                                                           Signature of Attorney or Litigant
                                                               Counsel for  Aetna Life Insurance Company

Rev. 03/12/19